# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **HOPEWELL CULTURE & DESIGN LLC,** <br><br> PLAINTIFF, <br><br> V. <br><br> **AMAZON.COM INC.,** <br><br> DEFENDANT. | Civil Action No. 2:12-CV-690 |

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of Hopewell Culture & Design LLC's Motion to Dismiss its claims with prejudice against Amazon.com Inc., the Motion for Dismissal is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted by Hopewell Culture & Design LLC against Amazon.com Inc. are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

The Clerk is ORDERED to close Case No. 2:12-cv-690.

**SIGNED this 14th day of November, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE